AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ANIL RAO | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| I. MICHAEL ROSS | ) |
| Defendant | ) C08 01596 BZ |

**ADR**

**E-FILING**

**Summons in a Civil Action**

To: I. MICHAEL ROSS
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Derek A. Eletich
Law Office of Derek A. Eletich
155 Forest Avenue
Palo Alto, CA 94301-1615

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
**Tiffany Salinas-Harwell**

Date: MAR 2 4 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
   who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____; or

 (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_0.00_____.

Date: _____

                _____
                      Server's signature

                _____
                      Printed name and title

                _____
                      Server's address