DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
KYMBERLEIGH N. KORPUS, CAL. BAR NO. 217459
kymberleigh@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA 94301
Telephone: (650) 543-5477
Facsimile: (650) 429-2028

Attorneys for Plaintiff
ANIL RAO

FILED

'08 MAR 24 P 3:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIL RAO,

    Plaintiff,

v.

I. MICHAEL ROSS,

    Defendant.

Case No. C08 01596 BZ

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 24, 2008

LAW OFFICE OF DEREK A. ELETICH

By: _____
DEREK A. ELETICH

Attorney for Plaintiff
ANIL RAO

---

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES