UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIL RAO

    Plaintiff(s),

v.

I. MICHAEL ROSS

    Defendant(s).

No. C 08-01596 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 03/28/08

Signature: [signed]

Counsel for Plaintiff ANIL RAO
(Plaintiff, Defendant, or indicate "pro se")