| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Law Office of Derek A. Fletton<br>155 Forest Ave<br>Palo Alto, CA 943011615 | (650) 543-5477 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): **Plaintiff** | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
280 S. 1ST ST. ROOM 2112
SAN JOSE, CA 95113

PLAINTIFF:
Anil Rao

DEFENDANT:
I. Micahel Ross

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0801596 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons & Complaint

ON: I. Michael Ross

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

56 Skyline Crest
Monterey, CA 93940

ON: March 27, 2008
AT: 06:51 pm

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
JANE DOE - Refused to give name

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 70.50
    County: Monterey
    Registration No.: 57
    Sayler Legal Service, Inc.
    455 Reservation Road, Suite E
    Marina, CA 93933
    (831) 384-4030

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 30, 2008.

Signature: _____
                    Jazelle Rivera

**PROOF OF SERVICE**

Order#: P115161/GProof3B