1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Defendant
   I. MICHAEL ROSS

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  ANIL RAO,                          CASE NO. C08-01596 WHA

                Plaintiff,
13                                     **NOTICE OF FILING**
                                       **ADMINISTRATIVE MOTION TO**
14      v.                             **HAVE THIS CASE RELATED TO**
                                       **CASE NO. C08-01052 MHP**
15  I. MICHAEL ROSS,

                Defendant.
16

17

18       PLEASE TAKE NOTICE THAT on April 3, 2008 defendant I. Michael Ross filed an

19  administrative motion in the case of *Ross v. Tomlab*, Case No. C08-01052 MHP, seeking an order

20  that this case should be classified as being related to the case of *Ross v. Tomlab*, Case No. C08-

21  01052 MHP.

22

23  Dated:  April 3, 2008                CARR & FERRELL *LLP*

24

25                                By:  /s/ Stuart C. Clark
                                       STUART C. CLARK
26                                     CHRISTINE S. WATSON

27                                     Attorneys for Defendant
                                       I. MICHAEL ROSS

28

-1-
Notice of Filing Administrative Motion to Have This Case Related to Case No. C08-01052 MHP
(Case No. C08-01596 WHA)