| | | |
|---|---|---|
| David E. Newhouse, Esq.<br>NEWHOUSE & ASSOCIATES<br>Twin Oaks Office Plaza<br>477 Ninth Avenue Ste 112<br>San Mateo, Ca. 94402-1858<br>Attorney for Defendant TOMLAB OPTIMIZATION, INC. | State Bar No. 54217<br>Tel. No. (650) 348-8652<br>Fax. No. (650) 348-8655<br>Email: den@attycubed.com | For Court Use Only |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. MICHAEL ROSS, an individual<br>Plaintiff<br>v.<br>TOMLAB OPTIMIZATION AB,<br>TOMLAB OPTIMIZATION, INC.<br>Defendants | Case. No. C08-cv-01052 MHP |
| AND | |
| ANIL RAO, an individual<br>Plaintiff<br>v.<br>I. MICHAEL ROSS, an individual<br>Defendant | Case No. C08-cv- 01596 WHA |

## PROPOSED RELATED CASE ORDER

[Local Rule 3-12]

1   Pursuant the Administrative Motions of Plaintiff I. MICHAEL ROSS, and Defendant TOMLAB
2   OPTIMIZATION, INC. in Case No. C08-cv-01052 MHP to consider whether the captioned cases should be
3   related and the Statement in the Civil Cover Sheet filed by Plaintiff ANIL RAO in Case No. C08-cv- 01596
4   WHA indicating that the captioned cases are related; and based upon the record that that the earlier filed
5   Case No. C08-cv-01052 MHP is assigned to me, I find that the more recently filed case, No. C08-cv-
6   01596 WHA is related to the earlier filed case, No. C08-cv-01052 MHP assigned to me.

7      I. MICHAEL ROSS V. TOMLAB OPTIMIZATION AB ET AL    Case. No. C08-cv-01052 MHP

8      ANIL RAO V I. MICHAEL ROSS                          Case No. C08-cv- 01596 WHA

9      I find the above case is related to the case assigned to me _____.

---

*NEWHOUSE & ASSOCIATES*     PROPOSED RELATED CASE ORDER                                    Page 1

477 Ninth Ave. 112 San Mateo, CA 94402-1858 Tel: 650-348-8652 Fax: 650-348-8655 email: den@attycubed.com

1                                    ORDER

2     Counsel are instructed that all future filings in any reassigned case are to bear the initials of the
3  newly assigned judge immediately after die case number. Any case management conference in any
4  reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference,
5  disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for
6  hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned
7  judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case
8  management order continue to govern, except dates for appearance in court, which will be rescheduled by
9  the newly assigned judge.

10  Dated:

_____
Marilyn Hall Patel
Judge, United States District Court