UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL RAO, | No. C 08-01596 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE** |
| v. | **(Scheduling Case Management Conference in Reassigned Case)** |
| I. MICHAEL ROSS, | |
|     Defendant(s). | |

This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, June 9, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

    Richard W. Wieking
    Clerk, U.S. District Court

Dated: April 10, 2008      Anthony Bowser, Deputy Clerk to the
    Honorable Marilyn Hall Patel
    (415) 522-3140