DEREK A. ELETICH, CAL. BAR NO. 193393
derek@eletichlaw.com
KYMBERLEIGH N. KORPUS, CAL. BAR NO. 217459
kymberleigh@eletichlaw.com
LAW OFFICE OF DEREK A. ELETICH
155 Forest Avenue
Palo Alto, CA  94301
Telephone:   (650) 543-5477
Facsimile:   (650) 429-2028

Attorneys for Plaintiff
ANIL RAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANIL RAO,<br><br>             Plaintiff,<br><br>    v.<br><br>I. MICHAEL ROSS,<br><br>             Defendant. | Case No. C-08-01596-MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff ANIL RAO voluntarily dismisses the above-captioned action without prejudice.

Dated: April 16, 2008          LAW OFFICE OF DEREK A. ELETICH

/s/ Derek A. Eletich

By: _____
DEREK A. ELETICH

Attorney for Plaintiff
ANIL RAO

---

NOTICE OF VOLUNTARY DISMISSAL

Case No. C-08-01596-MHP