1  DEREK A. ELETICH, CAL. BAR NO. 193393
   derek@eletichlaw.com
2  KYMBERLEIGH N. KORPUS, CAL. BAR NO. 217459
   kymberleigh@eletichlaw.com
3  LAW OFFICE OF DEREK A. ELETICH
   155 Forest Avenue
4  Palo Alto, CA  94301
   Telephone:    (650) 543-5477
5  Facsimile:    (650) 429-2028

6  Attorneys for Plaintiff
   ANIL RAO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 San Francisco Division

11

12 ANIL RAO,                    )  Case No. C-08-01596-MHP
                                )
13         Plaintiff,            )  **NOTICE OF VOLUNTARY
                                )  DISMISSAL**
14     v.                        )
                                )
15 I. MICHAEL ROSS,             )
                                )
16         Defendant.            )
                                )
17 _____)

18         NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff

19 ANIL RAO voluntarily dismisses the above-captioned action without prejudice.

20 Dated: April 16, 2008              LAW OFFICE OF DEREK A. ELETICH

21                                    /s/ Derek A. Eletich

22                              By:_____
                                    DEREK A. ELETICH
23
                                    Attorney for Plaintiff
24                                  ANIL RAO

25

26                              4/17/2008
27
                                IT IS SO ORDERED
                                Judge Marilyn H. Patel
28

                    NOTICE OF VOLUNTARY DISMISSAL
                              Case No. C-08-01596-MHP