**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    ANIL RAO,                                    No. C 08-01596 MHP
9              Plaintiff(s),                      **CLERK'S NOTICE**
                                                  **(Matter to be submitted on papers)**
10       v.
11   I. MICHAEL ROSS,
12             Defendant(s).
                                          /
13
14        Defendant, having moved this Court for a hearing on June 9, 2008, the parties are hereby
15   notified that defendant's motion for attorneys' fees and costs will be submitted on the papers without
16   oral argument.  Therefore, the HEARING DATE IS VACATED.
17
18                                               Richard W. Wieking
                                                 Clerk, U.S. District Court
19
20
21   Dated:  May 29, 2008                        Anthony Bowser, Deputy Clerk to the
                                                 Honorable Marilyn Hall Patel
22                                                    (415) 522-3140
23
24
25
26
27
28